UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LATOYA HUNTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:21-cv-02425-SEB-TAB |
| | ) |
| ENLIVANT MANAGEMENT CO LLC, | ) |
| and | ) |
| Parent BG OPCO TRS LLC | ) |
| | ) |
| | ) |
| Defendants. | ) |

**<u>DEFENDANTS' CORPORATE DISCLOSURE STATEMENT</u>**

Under Federal Rule of Civil Procedure 7.1, Defendant Enlivant Management Co, LLC's parent company is Enlivant Master Mgmt Co. LLC, and Defendant Parent BG OPCO TRS LLC's parent company is Uprite BG Co. LLC. Both are privately held corporations. No publicly held corporation owns more than 10% of any of these entities.

        Respectfully submitted,

        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

       By: *s/ Scott James Preston*
        Scott James Preston, Atty. No. 25436-49
        111 Monument Circle, Suite 4600
        Indianapolis, Indiana 46204
        Telephone: (317) 916-1300
        Facsimile: (317) 916-9076
        *scott.preston@ogletree.com*

        *Attorney for Defendants Enlivant Management Co.*
        *LLC and Parent BG OPCO TRS LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 15, 2021, a copy of the foregoing *Defendants' Corporate Disclosure Statement* was filed electronically with the Court.  Notice of this filing will be sent to the following by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Amber K. Boyd
Sarah E. Larimer
*amber@amberboydlaw.com*
*sarah@amberboydlaw.com*

      *s/ Scott James Preston*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN  46204
Telephone:  317.916.1300
Facsimile:  317.916.9076
*scott.preston@ogletree.com*

48802196.1